1  BENJAMIN B. WAGNER
   United States Attorney
2  RUSSELL L. CARLBERG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-CR-00200-EJG |
| | ) | |
| Plaintiff, | ) | APPLICATION AND ORDER FOR |
| | ) | MONEY JUDGMENT |
| v. | ) | |
| | ) | |
| ANTHONY G. SYMMES, | ) | |
| | ) | |
| Defendant. | ) | |

On or about May 21, 2010, defendant Anthony G. Symmes entered a guilty plea to Count One of the Information, which charges him with Conspiracy to Commit Mail Fraud in violation of 18 U.S.C. §§ 1341 and 1349, and Count Two of the Information, which charges him with Monetary Transaction in Property Derived from Specified Unlawful Activity in violation of 18 U.S.C. § 1957.

As part of his plea agreement with the United States, defendant Anthony G. Symmes agreed to forfeit voluntarily a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1) in an amount of the difference between the restitution ordered and $4,000,000, which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result

of violations of 18 U.S.C. §§ 1341, 1349, and 1957, to which he has pled guilty. <u>See</u> Defendant Symmes' Plea Agreement ¶ II.G. The government has been informed by the Probation Officer assigned to this case that no restitution amount will be recommended due to the difficulty of untangling which entities held the mortgage notes and realized the loss at the time of foreclosure. So, plaintiff hereby applies for entry of a money judgment as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Anthony G. Symmes in the amount of $4,000,000 and any accrued interest.

2. The above-referenced personal forfeiture money judgment is imposed based on defendant Anthony G. Symmes' conviction for violating 18 U.S.C. §§ 1341, 1349, and 1957. Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offenses of conviction. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. The defendant has submitted payment in the total amount of $4,000,000 to the U.S. Department of the Treasury. Prior to the imposition of sentence, the funds that have been delivered to the United States to satisfy the personal money judgment shall be held

///
///
///
///
///

by the U.S. Department of the Treasury, Internal Revenue Service-Criminal Investigation, in its secure custody and control.

DATED: 12/9/11  
BENJAMIN B. WAGNER  
United States Attorney

/s/ Russell L. Carlberg  
RUSSELL L. CARLBERG  
Assistant U.S. Attorney

## **O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Anthony G. Symmes in the amount of $4,000,000 and any accrued interest. The funds applied towards such judgment and any accrued interest shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, the funds that have been delivered to the United States to satisfy the personal money judgment shall be held by the U.S. Department of the Treasury, Internal Revenue Service-Criminal Investigation, in its secure custody and control.

IT IS SO ORDERED.

DATED: December 12, 2011  
/s/ Edward J. Garcia  
EDWARD J. GARCIA  
United States District Judge