BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ANTHONY G. SYMMES, <br> Defendant. | CR. NO. S-10-00200 EJG <br><br> STIPULATION AND ORDER TO CHANGE JUDGMENT AND SENTENCE TO STATUS CONFERENCE |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

Mr. Symmes is scheduled for sentencing on March 30, 2012. However, he was called as a witness at the trial of a co-conspirator in the related case of United States v. Haynie, Cr. No. S-08-376 EJG. That trial concluded yesterday. The government requests more time to fully detail all of Mr. Symmes cooperation in the investigation of the case in order to formulate its 5K1.1 letter.

Per agreement with the government and defense counsel, it is respectfully requested that the sentencing, currently set for March 30, 2012, at 10:00 a.m., be vacated and continued to **April 13, 2012 at 10 a.m.**

///

///

///

1

| | |
|---|---|
| | BENJAMIN B. WAGNER<br>United States Attorney |
| Date: 3/29/12 | */s/ Russell L. Carlberg*<br>By: RUSSELL L. CARLBERG<br>Assistant United States Attorney |
| Date: 3/29/12 | */s/ Richard Pachter\**<br>RICHARD PACHTER<br>Attorney for Defendant Anthony G. Symmes |

## ORDER

For the reasons stated above, the Court **vacates** the sentencing hearing in this case of March 30, 2012. The Court **re-sets** the matter for sentencing on April 13, 2012 at 10 a.m..

IT IS SO ORDERED.

DATED: March 29, 2012

/s/ Edward J. Garcia

HON. EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE

\*Signed with permission.